FILED

November 25, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002247327

# United States Bankruptcy Court

## Eastern District Of California

In re  Mike Rahbarian _____,          Case No. __2009-35674-B-7__

           Debtor

                                                  Chapter __7__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,840,000.00 | | |
| B - Personal Property | Yes | 3 | $ 56,453.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | . | $ 75,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 60,956.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 2,855,027.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,633.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 1,110.00 |
| TOTAL | | 21 | $1,896,453.00 | $ 2,990,984.19 | |

# United States Bankruptcy Court
## Eastern District Of California

In re  Mike Rahbarian _____ ,
<br>                        Debtor

Case No.  2009-35674-B-7

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 60,956.64 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 60,956.64 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,633.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 1,110.00 |
| Current Monthly Income (from Form 22A Line 12; **OR.** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 20,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   60,956.64 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 179,647.45 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 199,647.45 |

In re Mike Rahbarian      Case No. 2009-35674-B-7
_____
Debtor              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10 Acres Unimproved real property APN#219-0042-019, Elko County, NV <br><br> (beneficial interest w/ nondebtor separated spouse. Title held by Rahbarian Family Trust) | Beneficial Interest | C | 20,000.00 | 0 |
| 6818 Camborne Way Rocklin, CA APN 046-400-008-000 | Community Property/Co-Owner | C | 500,000.00 | unknown |
| 4325 Cavitt Stallman Granite Bay, CA APN's 266-0024-048-0000 and 266-0024-049-0000 | Community Property/Co-Owner | C | 740,000.00 | unknown |
| 6985 Country Court Granite Bay, CA 95746 | Community Property/Co-Owner | C | 380,000.00 | unknown |
| Vacant Land in Placer County APN 046-090-055-000 | Community Property/Co-Owner | C | 100,000.00 | unknown |
| 7699 Sierra College Blvd. Rocklin, CA APN 046-090-056-0000 | Community Property/Co-Owner | C | 180,000.00 | unknown |

Total➤    1,840,000.00

(Report also on Summary of Schedules.)

In re  Mike Rahbarian                              Case No.  2009-35674-B-7
_____                            _____
          **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking<br>Wells Fargo Bank<br>Golden One Credit Union – Acct No. 300270<br>Citibank Acct No. xxxxxx816<br>Schools Financial Acct No. 0030769351<br>Washington Mutual/Chase Acct No. 956774484487 | H | unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | C | unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods<br>Location: In debtor's possession<br>Iranian Silverset | C | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing, Location: In debtor's possession | H | unknown |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  Mike Rahbarian
_____          Case No.  2009-35674-B-7
          **Debtor**                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize | | Cars 4 Less, Inc dba: Payless Car Rental, Calif. Corp. (insolvent/inactive) | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Behtarin, LLC | C | unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property | | Rahbarian Family Trust | C | 20,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claim against Luxury Imports of Sacramento, Inc. and Shayan Rahbarian (actual amount $800,000.00) | | |

In re  Mike Rahbarian          Case No.  2009-35674-B-7
_____                  _____
        Debtor                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Mercedes S550 w/ 15,000 miles, Location: In debtor's possession | H | 55,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached      Total ➤   | $   75,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re <u>Mike Rahbarian</u>     Case No. <u>2009-35674-B-7</u>
       **Debtor**                 **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                      $136,875.
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

**In re** Mike Rahbarian      **Case No.** 2009-35674-B-7
        **Debtor**              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creditor #1<br>Chase Auto Finance<br>PO Box 901076<br>Rt. Worth TX 76010-2076 | | | Auto Loan<br>2007 Mercedes<br>S550 w/ 15,000 miles<br><br>VALUE $ | | | | 75,000.00 | 20,000.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

| | | |
|---|---|---|
| _____ continuation sheets attached | Subtotal ►<br>(Total of this page) | $      $ |
| | Total ►<br>(Use only on last page) | $    75,000.00    $    20,000.00 |
| | | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **Mike Rahbarian**      **Case No.** __2009-35674-B-7__
<br>_____Debtor_____                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re  Mike Rahbarian     Case No.  2009-35674-B-7
          **Debtor**                        **(If known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

In re  Mike Rahbarian                                    Case No.  2009-35674-B-7
_____                              _____
            **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  3319<br><br>Creditor #1<br>EDD<br>Bankruptcy/Sp. Procedures<br>PO Box 826900 MIC 92E<br>Sacramento, CA 94280-0001 | | | Tax | | | | 16,804.64 | 16,804.64 | 0.00 |
| Account No.<br><br>Creditor #2<br>Franchise Tax Board<br>Bankruptcy Unite<br>PO Box 2952, MA A-340<br>Sacramento, CA 95812-2952 | | | Unknown Tax | x | x | x | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Creditor #3<br>IRS<br>PO Box 21126<br>Philadelphia PA 19114 | | | Unknown Tax | x | x | x | 0.00 | 0.00 | 0.00 |
| Account No.  6105<br><br>Creditor #4<br>State Board of Equalization<br>Acct Analysis/Cntrl Sec MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | | | Tax | | | | 44,152.00 | 44,152.00 | 0.00 |

Sheet no. _____ of __1__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | Subtotals▶ (Totals of this page) | $ 60,956.64 | $ 60,956.64 | 0.00 |
|---|---|---|---|---|---|---|
|  | | | Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 60,956.64 | | |
|  | | | Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 60,956.64 | $ 0.00 |

In re __Mike Rahbarian__      Case No. __2009-35674-B-7__
             **Debtor**                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Creditor #1 <br> Brasher's Sacramento Auto Auction <br> 6233 Blacktop Road <br> Rio Linda, CA 95673 | | | | | | | $1,600,000.00 |
| ACCOUNT NO. 2777 <br><br> Creditor #2 <br> Anthem Blue Cross <br> PO Box 629 <br> Woodland Hills, CA 91365 | | | Insurance Premium | | | | $100.00 |
| ACCOUNT NO. <br><br> Creditor #3 <br> Automotive Funding Group, Inc. <br> c/o Anderson McPharlin Conners <br> 444 S. Flower, 31st Floor <br> Los Angeles, CA 90071 | | | Undetermined Claim | | | | Unknown |
| ACCOUNT NO. <br><br> Creditor #4 <br> Bill Loscotoff <br> 1729 & 1733 Fulton Ave. Ptnshp <br> 3411 Clemens Way <br> Sacramento, CA 95864 | X | | Undetermined Lease Deficiency | | | | Unknown |

                                            Subtotal➤   $ 1,600,100.00

__11__ continuation sheets attached

                                     Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                          Case No.  2009-35674-B-7
_____                          _____
        **Debtor**                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creditor #5<br>Boutin Gibson DiGuisto et al.<br>555 Capital Mall, Ste 1500<br>Sacramento, cA 95814 | | | Attorney Fees | | | | $6,635.05 |
| ACCOUNT NO.<br><br>Creditor #6<br>Capital One Auto Finance<br>PO Box 260848<br>Plano TX 75026-0848 | | | Undetermined Claim | | | | Unknown |
| ACCOUNT NO. 3646<br><br>Creditor #7<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San Francisco, CA 94160 | | | Medical Bills | | | | $1,868.67 |
| ACCOUNT NO. 3715<br><br>Creditor #8<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San Francisco, CA 94160 | | | Medical Bills | | | | $29.05 |
| ACCOUNT NO. 3714<br><br>Creditor #9<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San Francisco, CA 94160 | | | Medical Bills | | | | $29.05 |

Sheet no. __1__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 8,561.82

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Mike Rahbarian__      Case No. __2009-35674-B-7__

           **Debtor**                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3911<br><br>Creditor #10<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San francisco, CA 94160 | | | Medical Bills | | | | $10.00 |
| ACCOUNT NO. 6055<br><br>Creditor #11<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San francisco, CA 94160 | | C | Medical Bills | | | | $57.71 |
| ACCOUNT NO.<br><br>Representing:<br>Catholic Healthcare West | | | ARSTRAT<br>20819 72nd Ave S #305<br>Kent WA 98032 | | | | |
| ACCOUNT NO.<br><br>Creditor #12<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San francisco, CA 94160 | | | Credit Card Purchase | | | | $10.00 |
| ACCOUNT NO.<br><br>Creditor #13<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San francisco, CA 94160 | | | Medical Bills | | | | $1,877.72 |

Sheet no. __2__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal▶    $ 1,955.43

                        Total▶    $

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Mike Rahbarian                          Case No.  2009-35674-B-7
_____                              _____
              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Representing:<br>Catholic Healthcare West | | | ARSTRAT<br>20819 72nd Ave S #305<br>Kent WA 98032 | | | | |
| ACCOUNT NO. 3247<br><br>Creditor #14<br>Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 60000<br>San francisco, CA 94160 | | | Medical Bills | | | | $12.95 |
| ACCOUNT NO.<br><br>Creditor #15<br>First Broadcasting LLC<br>c.o Williams & Shedd<br>PO Box 15809<br>Sacramento, CA 95852 | | | Undetermined Claim | x | x | x | $0.00 |
| ACCOUNT NO.<br><br>Creditor #16<br>HFC Acceptance, Inc.<br>c.o Molino & Assoc. Inc.<br>4751 Wilshire Blvd, Ste 2007<br>Los Angeles, CA 90010 | | | Undetermined Claim | | | | Unknown |
| ACCOUNT NO. 1048<br><br>Creditor #17<br>IndyMac Mortgage<br>PO Box 4045<br>Kalamazoo, MI 49003-4045 | | | Undetermined Deficiency Balance | | | | Unknown |

Sheet no. __3__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  12.95

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian _____  Case No.  2009-35674-B-7 _____
    **Debtor**        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6030<br><br>Creditor #18<br>Knox Lemmon & Anapolsky, LLP<br>One Capitol Mall, Ste 700<br>Sacramento, CA 95814 | | | Attorneys Fees | | | | $2,750.35 |
| ACCOUNT NO.<br><br>Creditor #19<br>Loretta Scott<br>c/o Louis Liberty & Assoc.<br>539 Middle Field Rd.<br>Redwood City, CA 94063 | | | Undetermined Cliam | | | | Unknown |
| ACCOUNT NO.<br><br>Creditor #20<br>Los Hermanos Auto Plaza<br>c/o Phoenix Mgmt Solutions LLC<br>10000 N. 31st Ave, #C301<br>Phoenix AZ 95051 | | | Undetermined Claim | | | | Unknown |
| ACCOUNT NO. 4339<br><br>Creditor #21<br>Methodist Hospital<br>PO Box 60000<br>San Francisco, CA 94160 | | | Medical Bills | | | | $291.18 |
| ACCOUNT NO. 88cs<br><br>Creditor #22<br>Placer Creditors Bureau<br>PO BOx R<br>Roseville, CA 95678-0408 | | | Collections | | | | $1,784.25 |

Sheet no. \_\_4\_\_ of \_\_11\_\_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal➤ | $ 4,528.78

                Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                          Case No.   2009-35674-B-7
_____                       _____
              **Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creditor #23<br>Robert & Christine Stacy<br>8435 Cook Rioio Rd.<br>Roseville, CA 95678 | | | Undetermined Lease Deficiency | | | | Unknown |
| ACCOUNT NO.<br><br>**Representing Robert & Christine Stacy** | | | H.D. & LaVerle Bridges<br>7769 Palmyra Dr.<br>Fair Oaks, CA 95628 | | | | |
| ACCOUNT NO. 3288<br><br>Creditor #24<br>Sac. Coca Cola Bottling Co.<br>PO Box 160608<br>Sacramento, CA 95816 | | | Business Debt | | | | $366.35 |
| ACCOUNT NO. 3288<br><br>Creditor #25<br>Sac. Coca Cola Bottling Co.<br>PO Box 160608<br>Sacramento, CA 95816 | | | Business Debt | | | | $1,795.44 |
| ACCOUNT NO. 2790<br><br>Creditor #26<br>Sacramento County Utilities<br>9700 Goethe Rd. Ste C<br>Sacramento, CA 95827 | | | Utility Bills | | | | $706.52 |

Sheet no. __5__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2,868.27

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Mike Rahbarian**     Case No. **2009-35674-B-7**
_____     _____
          **Debtor**                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7133<br><br>Creditor #27<br>Select Comfort<br>GE Money Bank BK Dept<br>PO Box 103104<br>Roswell GA 30076 | | | Credit Card Purchases | | | | $9,350.28 |
| ACCOUNT NO.<br><br>Representing Select Comfort | | | Encore Receivable Mgmt<br>PO Box 3330<br>Olathe KS 66063-3330 | | | | |
| ACCOUNT NO.<br><br>Representing Select Comfort | | | Allied Interstate<br>3000 Corporate Exchnge Dr, 5th Floor<br>Columbus OH 43231 | | | | |
| ACCOUNT NO.<br><br>Creditor #28<br>State Board of Equalization<br>Acct Analysis/Cntrl Sec MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | | | Unknown Tax | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Creditor #29<br>State of Ca Dept of Justice<br>PO Box 944255<br>Sacramento, CA 94244 | | | Undetermined Claim | X | X | X | Unknown |

Sheet no. __6__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                              Subtotal▶    $       9,350.28

                                     Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                    Case No.  2009-35674-B-7
_____                    _____
           **Debtor**                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7894<br><br>Creditor #30<br>State of California<br>c/o Robert Morgester<br>1300 I Street, Ste 125<br>Sacramento, CA 95814 | | | Undetermined Claim | x | x | x | Unknown |
| ACCOUNT NO. 1723<br><br>Creditor #31<br>Sutter Roseville Med Cntr<br>PO Box 160110<br>Sacramento, CA 95816 | | | Medical Bills | | | | $3,520.14 |
| ACCOUNT NO. 6434<br><br>Creditor #32<br>Sutter Roseville Med Cntr<br>PO Box 160110<br>Sacramento, CA 95816 | | | Medial Bills | | | | $5,548.03 |
| ACCOUNT NO. 6652<br><br>Creditor #33<br>Sutter Roseville Med Cntr<br>PO Box 160110<br>Sacramento, CA 95816 | | | Medical Bills | | | | $50.00 |
| ACCOUNT NO<br><br>Creditor #34<br>Sutter Roseville Med Cntr<br>PO Box 160110<br>Sacramento, CA 95816 | | | Medical Bills | | | | $50.00 |

Sheet no.  7  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 9,168.17

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                          Case No.  2009-35674-B-7
_____                        _____
           **Debtor**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6434<br><br>Creditor #35<br>Sutter Roseville Med Cntr<br>PO Box 160110<br>Sacramento CA 95816 | | | Medical Bills | | | | $50.00 |
| ACCOUNT NO.<br><br>Creditor #36<br>Target Media Partners, CA, Inc.<br>c/o Jared Laskin<br>1925 Century Park East, #500<br>Los Angeles, CA 90067 | | | Undetermined Claim | | | | Unknown |
| ACCOUNT NO.<br><br>Representing:<br>Target Media Partners, CA, Inc. | | | Bret R. Rossi<br>2214 U St.<br>Sacramento CA 95818-1728 | | | | |
| ACCOUNT NO. 2177<br><br>Creditor #37<br>The Miles Law Firm<br>3838 Watt Ave, Ste 301<br>Sacramento, CA 95821 | | | Attorney Fees | | | | $5,063.89 |
| ACCOUNT NO.<br><br>Creditor #38<br>Truckers Bank Plan<br>c/o Debra A. Riley<br>501 W. Broadway, 15th Fl.<br>San Diego, CA 92101 | | | | | | | $1,075,647.08 |

Sheet no. 8 of 11 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1,080,760.97

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                          Case No.  2009-35674-B-7
         _____                      _____
                **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Creditor #39 <br> US Bank, NA ND <br> c/o Law Offices of Les Zieve <br> 17682 Beach Blvd. #204 <br> Huntington Veach, cA 95674 | | | Undetermined Claim | | | | Unknown |
| **ACCOUNT NO.** 2171 <br> Creditor #40 <br> Wells Fargo Business Direct <br> PO Box 348750 <br> Sacramento, CA 95834 | | | Business Debt | | | | $123,271.50 |
| **ACCOUNT NO.** 8382 <br> Creditor #41 <br> Wells Fargo Card Services <br> PO Box 10347 <br> Des Moines, IA 50306 | | | Credit Card Purchase | | | | $3,394.16 |
| **ACCOUNT NO.** 6767 <br> Creditor #42 <br> Wells Fargo Card Services <br> PO Box 10347 <br> Des Moines IA 50306 | | | Credit Card Purchases | | | | $11,055.16 |
| **ACCOUNT NO.** <br> Creditor #43 <br> Wells Fargo Bank, N.A. <br> MAC S4101-08C <br> 100 West Washington St. <br> Phoenix, AZ 95003 | | | | | | | $4,572.29 |

Sheet no.  9  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  142,293.11

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian _____ Case No.  2009-35674-B-7 _____
            **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Attorneys Fees | | | | |
| Creditor #44 Law Offices of Kenrick Young 52 Seraspi Ct. Sacramento, CA 95834 | | | | | | | $6,691.11 |
| ACCOUNT NO. | | | Undetermined | | | | |
| Creditor #45 Great American Ins. Co. c/o Phoenix Mgmt Solutions LLC 10000 N. 31st Ave C301 Phoenix AZ 85051 | | | | | | | $20,675.00 |
| ACCOUNT NO. | | | Tax | | | | |
| Creditor #46 Internal Revenue Service PO Box 21126 Philadelphia PA 19114 | | | | | | | $170,277.62 |
| ACCOUNT NO. | | | Undetermined | | | | |
| Creditor #47 LVNV Funding LLC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603 | | | | | | | $9,440.72 |
| ACCOUNT NO. | | | Tax | | | | |
| Creditor #48 Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812 | | | | | | | $12,211.98 |

Sheet no. __10__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 219,296.43

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Mike Rahbarian                    Case No.  2009-35674-B-7
_____              _____
        **Debtor**                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Creditor #49 <br> Indymac Federal Bank, FSB <br> Wright, Finlay and Zak <br> 4665 MacArthur Ct. #280 <br> Newport Beach, CA 92660 | | | Undetermined | | | | $115,810.91 |
| ACCOUNT NO. <br><br> Creditor #50 <br> EDD <br> Bankruptcy Group MIC 92E <br> PO Box 826880 <br> Sacramento, CA 94280 | | | Undetermined | | | | $17,223.42 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  133,034.33

Total▶  $  3,211,930.54
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Mike Rahbarian__     Case No. __2009-35674-B-7__
      **Debtor**                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bill Loscotoff<br>1729-1733 Fulton Ave Ptnshp<br>Sacramento, CA 95864 | Contract Type: Commercial Real Property Lease<br>Terms: 5 years<br>Beginning date: 6/7/2002<br>Debtor's Interese: Lessee<br>Description: 1729 & 1733 Fulton Ave, Sacramento, CA |
| Gerraldine Evans<br>121 Sierra Blvd<br>Roseville, CA 95678 | Contract Type: Commercial Real Property Lease<br>Terms: 10 years<br>Beginning date: 3/1/2003<br>Debtor's Interest: Lessee<br>Description: 3409-3415 Fulton Ave & 2545 Edison Ave, Sacramento, CA |
| Robert & Christine Stacy<br>8435 Cook Riolo Rd<br>Roseville, cA 95678 | Contract Type: Commercial Real Property Lease<br>Terms: 3 years<br>Beginning date: 10/1/2003<br>Debtor's Interest: Lessee<br>Description: 3228 Fulton Ave, Sacramento, CA |
|  |  |
|  |  |
|  |  |

In re  Mike Rahbarian  _____  Case No.  2009-35674-B-7  _____
       **Debtor**                                 **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Fakhri Attar | Catholic Healthcare West<br>Mercy Medical Group<br>PO Box 6000<br>San Francisco, CA 94106 |
| Luxury Imports of Sacramento | Brasher's Sacramento Auto Auction, Inc.<br>c/o Serlin & Whiteford, LLP<br>813 F Street 2nd Floor<br>Sacramento, CA 95814 |
| Paiman Rahbarian | Bill Loscotoff<br>1729 & 1733 Fulton Ave Ptnshp<br>3411 Clemens Way<br>Sacramento, CA 95864 |
| Shayan Rahbarian | Brasher's Sacramento Auto Auction, Inc.<br>c/o Serlin & Whiteford, LLP<br>813 F Street 2nd Floor<br>Sacramento, CA 95814 |

In re  Mike Rahbarian _____  Case No. __2009-35674-B-7_____
       **Debtor**                                   **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): Social Security | $ 695.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) Alleged Supplemental Social Security Contribution from Family | $ 2,938.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,633.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 3,633.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,633.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
None

In re __Mike Rahbarian__     Case No. __2009-35674-B-7__
        **Debtor**                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|    a. Are real estate taxes included?    Yes _____ No _____ | | |
|    b. Is property insurance included?    Yes _____ No _____ | | |
| 2. Utilities.   a. Electricity and heating fuel | | $ 200.00 |
|           b. Water and sewer | | $ 0.00 |
|           c. Telephone | | $ 100.00 |
|           d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 300.00 |
| 5. Clothing | | $ 25.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | | $ 0.00 |
|      b. Life | | $ 0.00 |
|      c. Health | | $ 0.00 |
|      d. Auto | | $ 175.00 |
|      e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | | $ 0.00 |
|      b. Other _____ | | $ 0.00 |
|      c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,110.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,633.00 |
|    b. Average monthly expenses from Line 18 above | $ 1,110.00 |
|    c. Monthly net income (a. minus b.) | $ 2,523.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Mike Rahbarian_      Case No. _2009-35674-B-7_
        Debtor             (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _11/09/2009_

Signature: Mark A. Serlin, Attorney for Brasher's Sacramento Auto Auction, Inc. executed pursuant to FRBP 1007(k) per direction of Judge Holman    Debtor

Date _____

Signature: _____ (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,      Social Security No.
of Bankruptcy Petition Preparer      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25_ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.